UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :    INDICTMENT

      -v.-                          :

FAUSTINO MELENDEZ,

               Defendant.   **08 CRIM 540**

- - - - - - - - - - - - - - - - - x

### COUNT ONE

The Grand Jury charges:

From at least in or about January 2007, in the Southern District of New York and elsewhere, FAUSTINO MELENDEZ, the defendant, being an alien, unlawfully, willfully, and knowingly, did enter, and was found in, the United States, after having been deported and removed from the United States on or about February 7, 2006, subsequent to a conviction for commission of a felony, to wit, a conviction on or about November 3, 2004, in New York State Supreme Court, New York County, for Arson in the Third Degree, in violation of New York Penal Law 150.10, without having obtained the express consent of the Attorney General of the United States, or his successor, the Secretary for the Department of Homeland Security, to reapply for admission.

(Title 8, United States Code, Sections 1326(a) & (b)(1).)

_____                    _____
FOREPERSON                                   MICHAEL J. GARCIA
                                                     United States Attorney



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 13, 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

FAUSTINO MELENDEZ,

Defendant.

**INDICTMENT**

08 Cr.

(8 U.S.C. § 1326(a) & (b)(1).)

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

_____
Foreperson.

*[Handwritten:]* 6/13/08 INDICTMENT FILED. CASE ASSIGNED TO USDJ CASTEL FOX, M.J.